# EXHIBIT 3

SM-F2-140(106-2)2013-7

ON THE SECOND FAMILY COURT OF SAN MIGUEL, at eleven hours and fifty minutes of the fifth of May of two thousand fourteen. Under the presence of the subscribed Second Family Court Judge, SAUL ALBERTO ZUNIGA CRUZ, and with his Intern Performance Secretary, SILVIA ELISSETH HERNANDEZ DE GALINDO, is present Mister JOSE OMAR FLORES PERLA, of thirty years of age, Doctor in Medicine, of the domicile of Jocoro, Department of Morazan, with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and manifests: 1) that through sentencewas given the persona care of his son ▮▮▮▮▮▮▮▮▮▮ of three years of age, to the mother, Mrs. JACQUELINE IVONETH PERLA VELASQUEZ, and respondent visiting rights to keep relationship and treat with his son, on an open manner, to relate to his son ▮▮▮▮▮ ▮▮▮▮▮▮▮ when he wishes, which was in compliance until this visiting right was modified by this Family Court, fixin a time and place to return the child to the mother, but given the case that the last weekend that this visitng right was exerted was on the weekend of the twenty fifth until the twenty seven of April of this year, and like it was agreed he gave the child to JACQUELINE IVONNETH PERLA VELASQUEZ, at her home of residence located in Colonia Ciudad Jardin, Avenida Los Naranjos, numero ocho of this city at nineteen hours, being there also the child's grandmother on his mothers part, Mrs. SANDRA ISABEL VELASQUEZ, for which he left his son on that occasion with these two people.- Two days later he was called on behalf of the school "PEQUEÑAS ESTRELLAS", located in Colonia Ciudad Jardin, Calle Las Flores No. Novecientos once, and his son teacher, consulted him on why his son had not gone to class, informing that his son had not assisted school Monday and that day, Tuesday April 29 of this year, and he explained and he did not know the reasons, and that's why he took the decision and went to look at the house where his son resides with his mother , showing to that house around nine in the morning, and encountered with the fact that no one answered the door, and he could observe that the house was abandoned, and that's why he took the decision to contact via phone, JACQUELINE IVONNETH PERLA VELASQUEZ, and neither her nor her mother, answered the number that was provided as a communication mean. For that reason he got even more worried, on his son's situation, and started to inquire with neighbors in the area of the house of JACQUELINE IVONNETH PERLA VELASQUEZ, and of his son, to the respondent they explained that to that residence a truck had arrived and that the people in the house had moved elsewhere, at which point the respondent said that he began to call family members of JACQUELINE IVONNETH PERLA VELASQUEZ, to inquire more about the whereabouts of her and his son, keeping hopes that on

Friday with was supposed to be the day he would see his son according to the visiting rights, that Mrs. Perla Velasquez would contact him to determine the place where his son would be given to him, which never happened, because Ms. Perla Velasquez never called, and the cellphone that was provided 7529-4800 and her mother's 7297-4340 and 7485-5163, nobody answers and it seems they are disconnected. On Friday night he went to the police of this city to ask for help, where they took his declaration and 911 elements accompanied him to the residence and work place of Mrs. JACQUELINE IVONNETH PERLA VELASQUEZ, and confirmed that she had left from that house and had not gone to work for a week (she worked for the company FASSINI JOYAS, S.A. DE C.V.) and that is why they manifested that to proceed they required the address where his son was at, according to the visiting rights. After that, he kept inquiring with family members of the mother in Santa Rosa de Lima, La Union, y these people said they did not know where JACQUELINE IVONNETH PERLA VELASQUEZ, and the child ██████████ where, but finally, yesterday, May fourth of this year, at fifteen hours and forty five minutes Mrs. Zulma de Cruz, related to Mrs. PERLA VELASQUEZ, in a conversation held via telephone to the number 77345854, manifested that Mrs. JACQUELINE IVONNETH PERLA VELASQUEZ and her son ██████████ ██████████ should be in the United States of America by that time, and that after he would manage to know of things on the right time, and said that besides she could not tell on them because they were family. For which he attended to the Districts Attorney's Office based on this city, where prosecutors said that in order to take the case he should attend this Family Court to inform, so that this Tribune could take the corresponding measures y that way they could proceed.-

He also attended CONNA, of this city, and in the same manner they advised to arrogate to this Tribune because this is where the judicial process has taken place, and it's related to his son, and after that they could take the corresponding measures to look for and activate any type of alert in relations to this case. And therefore he requests: that the necessary measures are taken, for not complying to the visitation rights established in the courts resolution; that Mrs. JACQUELINE IVONNETH PERLA VELASQUEZ is processed for deprivation of liberty and for Minor Abduction, being Him as a victim, as well as his son ██████████ that the migratory movements of the mentioned lady are requested, for the effects to verify if it is possible to locate her and his son; and as a measure also to provide him with the personal care of his son ██████████ to the declaring party, for the serious violation of the right of health, education, insecurity of all kind

that the child has been exposed to his physical and psychological integrity. Having no more then to record, this record is closed and therefore we sign.